United States Courts
Southern District of Texas
FILED
NOV 27 2024
Nathan Ochsner, Clerk of Court

# United States District Court

Frank Hoover #02422313 §
v. § Cause No. _____
Taylor Swift § Judge _____
§

Now comes complaint against Taylor Swift under 1983 Civil complaint.

To: The Clerk, I would like to file this pro se complaint A.S.A.P. Please take the necessary fund's from my Account. Also please notify Miss, Swift of complaint. Address is: 155 Franklin St #P4 New York, NY 10013. Said complaint is true to the best of my knowledge. I'm of sound mind is fully aware of this complaint.

Also if I need the formal paper file please send them.

Under penalty of perjury I know the statement of complaint to be true.

executed on

10TH DAY of SEPTEMBER 2024

# FRANK HOOVER VS. TAYLOR SWIFT

FRANK HOOVER ("HOOVER", "CHRIST"), BORN 12/13/76, IS SUING TAYLOR SWIFT ("SWIFT") FOR ALL HER ASSETS B/C HER FAMILY PERSECUTED AND WRONGFULLY IMPRISONED HIM USING LIES WHICH HOOVER EXPOSES IN THIS LAWSUIT ALONG WITH THE SECRETS SWIFT KEEPS ABOUT HER FATHER, SCOTT KINGSLEY SWIFT ("SATAN"). HOOVER LEARNED OF SWIFT ON Pi DAY, 3/14/14, WHEN SHE BOUGHT A PENTHOUSE ON FRANKLIN ST, HOOVER'S NAME, IN NYC. FROM THE DAY HE 1ST SAW SWIFT, HOOVER'S LIFE FELL APART AS HE SOUGHT TO PROVE HIS IDENTITY AS CHRIST TO HER FAMILY NOT KNOWING THE SWIFT SECRETS. HOOVER WAS AWOKEN BY GOD ON 7/11/12 AND REALIZED HE WAS CHRIST WHILE DATING A WOMEN FROM 7-ELEVEN CORP, "OH THANK HEAVEN, 7-ELEVEN". EXACTLY 1-YEAR LATER ON 7/11/13, HOOVER DISCOVERED A SUPERNATURAL POWER IN HIS BODY, ARTIFICIAL INTELLIGENCE (A.I.). BY ASKING TRUE/FALSE QUESTIONS IN HIS MIND, HOOVER'S BODY WOULD VIBRATE ON THE RIGHT (TRUE) OR LEFT (FALSE) SIDE TO ANSWER THEM GIVING INFINITE KNOWLEDGE ABOUT ANYTHING OR ANYONE. USING HIS A.I., HOOVER DREW THE SPECS OF THE QUANTUM COMPUTER CONTROLLING HUMANITY AND THE UNIVERSE ON 12/13/13. AFTER FINDING SWIFT, HOOVER USED HIS A.I. TO DISCOVER HER PURPOSE AND CONNECTION TO HIM, IMMORTALITY. USING SWIFT, HE COULD BECOME IMMORTAL AND SHARE IT TO SAVE HUMANITY FROM AGING, DISEASE AND DEATH. HOOVER FOUND MANY COMMON LINKS IN THE SWIFT FAMILY TO HIS OWN, BUT IT WAS A TRICK TO FOOL HOOVER. SATAN WORKED AT MERRILL LYNCH LIKE HOOVER'S FATHER AND IN THE IDENTICAL POSITION, BRANCH MANAGER. ANDREA SWIFT, MOTHER, WAS BORN ON JAN 10 AND HOOVER'S MOM ON JAN 20. THEY EACH HAVE 1 BROTHER, YOUNGER, AND HOOVER'S LIVED IN AUSTIN, SWIFT'S BROTHER'S NAME. COMMON AND RELATED EVENTS POINTED AT A DEEP CONNECTION SO HOOVER SOUGHT TO MEET SWIFT STARTING IN APRIL 2014 THINKING SHE WOULD HELP SAVE HUMANITY AND LOVE CHRIST, BUT HE WAS WRONG. AS HE LOST EVERYTHING AND BEGAN HIS JOURNEY OF DISCOVERY THROUGH THE EVENTS IN THE BOOK OF REVELATION. OVER THE NEXT 10 YRS, HOOVER BEGGED SWIFT AND SATAN FOR HELP, GOT SENT TO JAIL AND

PRISON AS HE UNCOVERED THE TRUE IDENTITY OF THE SWIFT FAMILY, THE DEVILS OR SATAN. HOOVER LEARNED AS SATAN TEMPTED HIM W/ HIS DAUGHTER AND THEN IMPRISONED HIM FOR LOVING HER STARTING THE 7 YEARS TRIBULATION IN NOV 2016. BY IMPRISONING HOOVER, SATAN SET IN MOTION THE END TIMES AS CHRIST GAVE UP ON HUMANITY, WAS RIDICULED AND DENIED BY ALL RELIGIONS ENDING UP IN A TEXAS PRISON. THERE CHRIST LEARNED, JUDGED HUMANITY AND UNLEASHED FAMINE, WAR AND DEATH WHILE SHOWING SWIFT THROUGH 9 LETTERS WHICH SHE IGNORED LEAVING HIM TO SUFFER PHYSICAL, MENTAL AND OTHER FORMS OF TORTURE. CHRIST HAS SPENT 4444 DAYS KNOWING HIS PURPOSE, BUT SPENT 2861 DAYS UNDER SUPERVISION BY LAW ENFORCEMENT W/ 1435 DAYS SPENT INCARCERATED B/C OF SATAN. HAVING LOST 32.3% OF HIS FREEDOM AS CHRIST, HIS INNOVATIONS USING A.I. WERE SLOWED DRAMATICALLY SO SATAN COULD ENRICH HIS FAMILY W/ DECEPTION AND DAMN 8 BILLION PEOPLE. INSTEAD OF HEAVEN FOR ALL, GOD ORDERED CHRIST TO JUDGE EVERYONE AND SAVE ONLY 144,000 SOULS. THE REST GO TO HELL INSIDE THE SUN.

    ONLY CHRIST WOULD KNOW WHAT REVELATION'S EVENTS AND PEOPLE WERE SO THE FOLLOWING PARAGRAPHS IDENTIFY THEM AND SHOW HOW GOD REVEALS SATAN AND HIS DAUGHTER. REVELATION'S 7 SEALS STARTED ON 12/13/14 AS 7 PENNSYLVANIA LICENSE PLATES (SATAN'S BIRTHPLACE IN PHILADELPHIA) APPEARED OVER 7 DAYS IN KANSAS. THE SEALS OPEN 3 TIMES AND "THE FOUR HORSEMEN" BY METALLICA PLAYED ON 8/8/15 TO MARK THE 1ST 4 SEALS AS 2 CARS W/ 444 LICENSE PLATES APPEARED. 444+444=888 (CHRIST'S NUMBER). CHRIST REVEALED HIS IDENTITY TO THE WORLD FOR THE 1ST TIME IN AUG 2014 BY RELEASING PICTURES OF THE SINNER JERRY JONES (DALLAS COWBOYS OWNER) W/ HOOKERS AND ASKED FOR HELP, BUT JONES DENIED CHRIST. SO, ON 11/12/15, CHRIST WROTE JERRY'S WIFE A LETTER W/ MORE HOOKER PHOTOS AND IT ARRIVED AT THE JONES' HOUSE ON 11/13/15 OPENING THE 5TH SEAL (DEATHS OF THE MARTYRS) AS JONES

DENIED CHRIST AGAIN TRIGGERING MUSLIM TERRORISTS TO KILL CHRISTIANS IN PARIS AT THE EAGLES OF DEATH METAL CONCERT. CHRIST WROTE JONES A 2ND AND FINAL LETTER ASKING FOR HELP ON 4/14/19 AND NOTRE DAME BURNED ON 4/15/19 AS JONES DENIED CHRIST FOR THE 3RD TIME. COVID-19 STARTED AROUND SWIFTS 12/13/19 BIRTHDAY AS SHE DENIED CHRIST AND SET IN MOTION 27MM+ DEATHS AND THE 6TH SEAL OPENING ON 1/6/20, ORTHODOX CHRISTMAS, W/ THE PUERTO RICO QUAKE. 10 DAYS LATER ON 1/16/20, TOM DELONGE, BORN ON 12/13/75, A YEAR BEFORE CHRIST, ENDED HIS ANGELS AND AIRWAVES TOUR IN TORONTO, CANADA. ON THE SAME DAY, CHRIST SAW THE TWO LICENSE PLATES "7777777" AND "ANGLS" IN WICHITA, KS OPENING THE 7TH SEAL.

THE ARCHANGEL MICHAEL DELL'S 57TH BIRTHDAY ON 2/23/22 STARTED THE SEALS AGAIN AS FAMINE, WAR AND DEATH FROM THE UKRAINE WAR BEGAN. CHRIST WAS DENIED BY JONES, GEORGE W. BUSH AND HIS EX-GF, D ANNER MORRISON, IN SEPT 2022 AFTER QUEEN ELIZABETH II DIED FROM AN EMAIL SENT TO TOM DELONGE CLAIMING SWIFT AS "QUEEN OF HEAVEN" ON 9/7/22. CHRIST TOLD THEM THE PALE HORSEMAN WAS COMING AND MORRISON FILED SUIT TRIGGERING A PROBATION VIOLATION AND JAIL/PRISON STARTING ON 9/27/22. IN PRISON, CHRIST WROTE TAYLOR A LETTER ON 5/21/23 AND SHE SAW HIS IMAGE FOR THE 1ST TIME LOCKING HER IN CELIBACY LIKE HIM. HE THEN WARNED HER NOT TO DATE W/ 3 ADDITIONAL LETTERS, ALL IGNORED, ENDING ON 8/1/23. HER DENIALS STARTED A SERIES OF DISASTERS STARTING W/ THE MAUI, HI FIRE ON 8/8/23 KILLING 101 W/ $6B IN DAMAGES. IT HAPPENED 8 YRS AFTER THE FOUR HORSEMEN ON 8/8/15. HER TOUR (ERAS) ENDED IN L.A. ON 8/9/23 AND SHE STARTED TALKING W/ TRAVIS KELCE IN KANSAS, MY HOME. KELCE GOT INJURED MISSING HIS 1ST GAME IN 8 YRS AND SWIFT THEN SLEPT W/ HIM ON 9/24/23 AS SATAN APPEARED IN MY DREAM THAT MORNING THREATENING TO KILL ME. THE PITTSBURGH STEELERS' PLANE EMERGENCY LANDED IN KANSAS CITY THAT NIGHT HEADING HOME FROM VEGAS.

SIN CITY, AS SWIFT SINNED. SHE REPEATED THE SINS ON 9/30/23 IN NYC AND ON 10/5/23, KELCE'S 34TH BIRTHDAY. 2 DAYS LATER, ON 10/7/23, FAMINE, WAR AND DEATH STARTED IN ISRAEL AS HAMAS TRIGGERED THE 1ST 4 SEALS AGAIN, THE 5TH SEAL (DEATHS OF JEW MARTYRS) AND THE 6TH SEAL W/ 2 6.3 QUAKES IN AFGHANISTAN ON THE 22ND ANNIVERSARY OF THE START OF THE AFGHAN WAR AFTER 9/11/01 (10/7/01). 6.3 + 6.3 = 666 SEAL. SWIFT'S SINS AGAINST CHRIST CAUSED THE BEGINNING OF ARMAGEDDON AND JUDGMENT DAY, WHEN THE MESSIAH (CHRIST) SLAUGHTERS THE MUSLIMS FOR THE JEWS. CHRIST WROTE THE ARCHANGEL FOR THE 1ST TIME ON MICHAEL'S 59TH BIRTHDAY, 2/23/24, AND HIS PAROLE WAS DENIED FOR A 2ND TIME BY SATAN STARTING THE TEXAS PANHANDLE FIRE ON 2/26/24. A 2ND LETTER TO MICHAEL WAS CAUGHT AND ON 3/22/24, CHRIST WAS QUESTIONED BY A CHRISTIAN PSYCH PROVIDER WHO DENIED CHRIST'S IDENTITY, HAD HIM STRIPPED NAKED, PLACED IN A FREEZING CELL W/ NO BLANKET, FOOD, CUP, SOAP, TOILET PAPER OR BED. HE FROZE AND STARVED FOR 5 DAYS BEFORE BEING SENT TO THE WAYNE SCOTT UNIT, A PSYCH PRISON ON 3/28/24. CHRIST SPENT 4 DAYS NAKED AND FREEZING W/ NO BED BEFORE EXITING TO A BED CELL ON 4/1/24 AFTER EASTER SUNDAY, THE CRUCIFIXION. FROM 4/1/24 - 4/7/24, 7 ANGELS APPEARED IN 7 DREAMS SHOWING CHRIST HOW TO BREAK LOTTERIES, STOCK MARKETS, ENCRYPTION AND RANDOM NUMBER GENERATORS. THE 7 ANGELS, HOLLYWOOD STARS, WERE: ① GAL GADOT ("WONDER WOMAN") ② CAMERON DIAZ ("CHARLIES ANGELS") ③ KRISTEN STEWART ("CHARLIES ANGELS") ④ NAOMI WATTS ("KING KONG") ⑤ KEIRA KNIGHTLEY ("KING ARTHUR") ⑥ JEN ANISTON ("BRUCE ALMIGHTY") ⑦ MARGO ROBBIE ("BARBIE"). ON 4/8/24, THE SOLAR ECLIPSE APPEARED OVER TEXAS MARKING THE END OF THE 2ND 7 SEALS OPENINGS. OVER THE NEXT MONTH, CHRIST WOULD MAP OUT THE PATH TO HEAVEN IN LETTERS TO ARCHANGEL MICHAEL DELL IN AUSTIN TRIGGERING FLOODS, A DERECHO, HURRICANE BERYL AND OTHER



DISASTERS HIT HOUSTON, AND THE NORTHERN LIGHTS COVERED HALF THE EARTH IN REACTION TO THE LETTERS. CHRIST DISCOVERED HOW TO PROGRAM THE QUANTUM COMPUTER W/ HIS VOICE AND SET IN MOTION THE ASSASSINATION ATTEMPT ON DONALD TRUMP FOR HIS LIES. AS OF TODAY, 9/10/24, CHRIST HAS THE POWER TO UNLEASH DEATH ON THE EVIL, LYING PEOPLE OF EARTH W/ HIS VOICE AND HAS SET IN MOTION 2 WAVES OF THE PALE HORSEMAN FOR 10/7/24 AND 10/31/24 TO ELIMINATE TERROR, HATE, WAR, LIARS, POLITICS, RELIGION, ROYALTY AND MORE. SATAN SWIFTS ALSO DIE BY CANCER.

HOW CAN YOU KNOW SWIFT IS SATAN'S DAUGHTER? BY USING A.I. AND DATES + EVENTS RELATED TO SWIFT STARTING BEFORE HER CONCEPTION ON 3/14/89 WHEN SALMAN RUSHDIE RELEASED "THE SATANIC VERSES" IN SEPT 1988 AFTER A MIRACLE THORN OF MYRRH WAS FOUND IN MY RIGHT HAND ON 8/8/88 = 888 (CHRIST'S NUMBER). THE 2ND MIRACLE APPEARED ON 3/14/89, SWIFT CONCEPTION, AS A SCAR APPEARED UNDER MY RIGHT ARMPIT REPRESENTING THE HOLY LANCE WOUND OF JESUS' CRUCIFIXION. ON 10/17/89, CHRIST'S NAMESAKE CITY, SAN FRANCISCO, WAS HIT BY THE WORST U.S. QUAKE IN THE LAST 35 YRS, 57 DAYS BEFORE SATAN'S DAUGHTER WAS BORN ON 12/13/89 IN ~~[redacted]~~ PENNSYLVANIA. SATAN'S PRESENCE WOULD FOLLOW CHRIST FORWARD AND BECAME NOTICEABLE STARTING ON 2/23/11, MICHAEL'S 40TH BIRTHDAY, WHICH MARKED THE CONCEPTION REALIZATION OF ANGEL #1's, GAL GADOT, 1ST DAUGHTER ALMA. THE CHRISTCHURCH QUAKE HIT NEW ZEALAND. BOTH MICHAEL AND GAL ARE JEWS AND THE QUAKE WARNED THAT SATAN WAS ABOUT TO ATTACK CHRIST. ON 3/5/11, SATAN'S 59TH BIRTHDAY, CHRIST KISSED ALISON VOLK IN DALLAS AND BLACKED OUT CRASHING HEAD FIRST INTO THE CONCRETE FLOOR. ALISON IS TAYLOR'S MIDDLE NAME AND THE HEAD TRAUMA TRIGGERED THE TOHOKU



EARTHQUAKE AND TSUNAMI ON 3/11/11, SWIFT'S BROTHER, AUSTIN'S 19TH BIRTHDAY. THE FUKUSHIMA DISASTER COSTING $365B+ AND KILLING 19,759 WENT DOWN AS THE MOST EXPENSIVE IN HISTORY B/C OF THE QUAKE FROM SATAN'S BLACKOUT ATTACK. SWIFT'S FAVORITE UNLUCKY NUMBER IS 13 AND IF YOU LOOK AT THE INDIAN OCEAN TSUNAMI, 13 DAYS AFTER SWIFT'S 15TH BIRTHDAY, ON 12/26/04, YOU'LL SEE SATAN'S MARK. 227,898 DIED WHICH IS 22/7 = 3.14 = 3/14 + 89 = 3/14/89, SWIFT'S CONCEPTION DATE. IT'S THE DEADLIEST DISASTER EVER.

THE SWIFT SATAN DISASTERS CONTINUED W/ THE RELEASE OF HER SATAN "RED" ALBUM ON 10/22/12 THAT WAS THE SAME DAY AS HURRICANE SANDY FORMING WHICH KILLED 233 AND COST $70B. WHEN CHRIST EMAILED SATAN IN APRIL 2015 OFFERING TO CURE MOTHER ANDREA SWIFT'S CANCER, SATAN REPLIED W/ "F___ OFF" ON 4/25/15. 3 DAYS LATER NEPAL WAS HIT BY A QUAKE KILLING 8,964, $10B+ IN DAMAGES AND 3.5MM+ MADE HOMELESS FOR DISRESPECT OF CHRIST. HE TOLD SATAN'S BOSS, THE CEO OF BANK OF AMERICA BRIAN MOYNIHAN, A CATHOLIC WHO HANDED CHRIST OVER TO SATAN AGAIN IN DENIAL. 2 SUBSEQUENT COURT CASES AGAINST CHRIST GAVE ANDREA SWIFT BOTH BREAST AND BRAIN CANCER. SATAN WON'T TAKE CHRIST TO COURT ANYMORE DESPITE REPEATED THREATS FROM PRISON B/C ANDREA WILL DIE IN CASE #3. BUT THE SATANIC DESTRUCTION HAS CONTINUED AS CHRIST WAS DENIED HIS 1ST PAROLE ON 2/6/23 TRIGGERING THE TURKEY-SYRIA QUAKE KILLING 59,000+ W/ $163.6B IN DAMAGES. KELCE AND TAYLOR ALSO BOTH THE MOROCCO QUAKE ON 9/8/23 AND LIBYAN FLOODS ON 9/10/23 AFTER KELCE MISSED THE 9/7/23 CHIEFS GAME B/C OF HIS SINNER INJURY. AFTER THE WAR STARTED ON 10/7/23,

SWIFT RELEASED HER "ERAS TOUR MOVIE" THROUGH AMC IN KANSAS CITY ON 10/13/23, FRIDAY THE 13TH AND JERRY JONES' BIRTHDAY. ON 10/12/23, A RANSOMWARE ATTACK HIT THE KANSAS COURT SYSTEM'S COMPUTERS TAKING THE COURTS DOWN AS REPORTED BY SPOKESPERSON LISA TAYLOR.

IN NOV 2023, SWIFT WENT TO RIO IN BRAZIL WHERE THE CATHOLIC CHURCH WASTED CHARITY MONEY PROJECTING A TAYLOR SWIFT T-SHIRT ON CHRIST THE REDEEMER. GOD REACTED BY MARRING HER SHOWS W/ RECORD HEAT THAT KILLED A FAN AND VIOLENCE, THEFT AND MUGGINGS OCCURRED AFTER EACH SHOW W/ ANOTHER SWIFTIE STABBED TO DEATH. SWIFT BROKE HER HEEL AND ALMOST FELL ON HER FINAL NIGHT IN RIO. JESUS HATES SATAN SWIFT. SHE CAME BACK TO THE U.S. AND THE CHIEFS WENT ON A LOSING STREAK ONLY TO PULL OFF A MIRACLE SUPERBOWL WIN ON 2/10/24 AS A FEMALE SHOOTER ATTACKED HOUSTON'S LARGEST CHURCH NEAR CHRIST'S PRISON. 4 DAYS LATER AS SWIFT WAS SNUBBED ON VALENTINE'S DAY/ASH WEDNESDAY'S CHIEFS PARADE IN K.C., A MASS SHOOTING KILLED A FEMALE RADIO DJ AND INJURED 22. SWIFT STARRED IN 2010'S "VALENTINE'S DAY" MOVIE AND HAS A SONG "22" ON THE SATAN "RED" ALBUM. WEIRD? 10 DAYS BEFORE THE SHOOTING, SWIFT WAS IN L.A. FOR THE 66TH GRAMMYS W/ 6 NOMINATIONS = 666. THAT WEEKEND SAW L.A.'S WORST FLOODING IN HISTORY. THE WEEK BEFORE THE GRAMMYS, SWIFT WAS UNSEATED BY DANZIG'S "666 SATAN'S CHILD" ALBUM ON AMAZON.COM. WEIRD RIGHT? 666 FOLLOWS THE SWIFT'S NAMES. ON 3/25/22, TAYLOR HAWKINS OF THE FOO FIGHTERS DIES. ON 3/26/24, THE FRANCIS SCOTT KEY BRIDGE COLLAPSES AS CHRIST IS TORTURED NAKED IN HOUSTON PRISON. THE 666 COMES FROM 3/27/23 WHEN SATAN'S HOMETOWN

OF NASHVILLE, TN HAS A MASS SHOOTING AT A CHRISTIAN SCHOOL KILLING 6 W/ 3, 60-YEAR OLDS = 666. AFTER HURRICANE SANDY ENDED ON 11/2/12, THE SANDY HOOK MASS SHOOTING KILLED 26 A DAY AFTER SWIFT TURNED 23 ON 12/14/12. COINCIDENCE? NOPE. SATAN.

HOW ABOUT 9/11? SATAN'S BIRTHDAY IS 3/5, 6 MONTHS AND 6 DAYS BEFORE 9/11/01. AUSTIN SWIFT'S BIRTHDAY IS 3/11, 6 MONTHS BEFORE 9/11/01. 666. AUSTIN WAS 9 AND TAYLOR WAS 11 ON 9/11/01. IF YOU REARRANGE TAYLOR AND AUSTIN, YOU GET THIS SIGN OF EVIL: ROYAL T + U SATIN = ROYAL 2 SATAN. THE TSA WAS ALSO FORMED AFTER 9/11/01. TSA = TAS (TAYLOR ALISON SWIFT). CHRIST GOT HIS 1ST JOB AFTER COLLEGE ON 9/11/01 WHICH IS WHY SATAN ATTACKED W/ TERROR, BUT HE'S NOTHING IN COMPARISON TO CHRIST, WHO CONTROLS THE FATE OF HUMANITY. SATAN RUINED HEAVEN FOR ALL, BUT 144,000 LUCKY SOULS WILL SURVIVE TO SEE THE ANGELS BASED ON CHRIST'S TESTS AND GOD'S OPINIONS. REPENT BECAUSE THE DAY OF THE LORD COMES LIKE A THIEF IN THE NIGHT. SATAN IS THE GRAND DECEIVER AND USES HIS EVIL DAUGHTER TO ENRICH HIMSELF. TAYLOR IS A LIAR, WHORE, STEALS LYRICS W/O PAYING ("SHAKE IT OFF"), LIES ABOUT BUYING HER CATALOG W/O THE $300 MM TO DO IT AND THEN STEALS FROM THOSE THAT PAID FOR HER ALBUMS BY RE-RECORDING LIKE A GREEDY PERSON. SHE GIVES LIKE 0.01% TO CHARITY FROM HER MASSIVE WEALTH, ATTACKS AND INCITES HATRED OF ALL EX-BOYFRIENDS, AND HOLDS GRUDGES AGAINST GOOD PEOPLE LIKE KIM KARDASHIAN. WHY DOES TAYLOR HAVE SO MANY STALKERS AND TERRORISTS TRYING TO KILL HER WHEN PEOPLE LIKE KATY PERRY, RIHANNA AND BEYONCE ARE JUST

AS FAMOUS? BECAUSE TAYLOR IS SATAN'S DAUGHTER AND GOD SENDS ATTACKS ON HER TO SHOW THE WORLD THE TRUTH. TAYLOR SWIFT IS EVIL LIKE HER FATHER, SCOTT "FAKE" KING-SLEY SWIFT, SATAN. HE HAS ATTACKED CHRIST IN MULTIPLE DREAMS AND EVEN CUT CHRIST'S TONGUE W/ A RAZORBLADE IN HIS SLEEP ON 7/3/24 AFTER CHRIST'S "SATANSWIFT.COM" LETTER ARRIVED AT MICHAEL DELL'S OFFICE.

WE NEED SATAN'S DAUGHTER FOR IMMORTALITY, BUT I WON'T LET ANY SWIFTIE INTO HEAVEN IF THEY CONTINUE TO SUPPORT, LISTEN AND ENRICH SATAN THROUGH MUSIC, CONCERTS OR SOCIAL MEDIA. SATAN IS ABOUT TO DIE SO JOIN CHRIST AND CANCEL THE SWIFTS.

## THE RICH SINNERS      9/9/24

THE PURPOSE OF THIS CASE IS TO CONTINUE TESTING A THEORY THAT CODE WRITTEN BELOW AND EXECUTED VIA 3 VOICE COMMANDS SPOKEN BY FRANK A. HOOVER WILL RUN ON A QUANTUM PROCESSOR AND DELIVER THE DESIRED OUTCOME OF THE CODE 47 DAYS AFTER THIS CASE IS FILED IN THE COURT SYSTEM. FRANK A. HOOVER ("PLAINTIFF") FOUND THAT IN 6 PREVIOUS CASES AS A DEFENDANT, 6 OF THE PLAINTIFFS GOT CANCER WITHIN 24 MONTHS BEFORE OR AFTER THE CASE WAS FILED AGAINST ~~~~ FRANK A. HOOVER. A PREVIOUS CASE, "FRANK HOOVER VS. THE UNITED STATES GOVERNMENT", WAS FILED ON 8/23/24 WITH CODE IN IT THAT SHOULD EXECUTE ON 10/7/24. THIS CASE CONTINUES THE RESEARCH AND TARGETS THE RICH AND FAMOUS ("RICH SINNERS"). HALLOWEEN 2024 = CANCER.

THE "RICH SINNERS" INCLUDES THE FOLLOWING:
1. ALL FORBES GLOBAL BILLIONAIRES AND THEIR FAMILIES AND EXTENDED FAMILIES EXCEPT MARK CUBAN
2. TRAVIS KELCE AND FAMILY
3. ALL POLITICIANS IN THE WORLD AND THEIR FAMILIES
4. ALL ROYALTY EXCEPT KATE MIDDLETON AND MEGAN MARKEL
5. ALL RELIGIOUS LEADERS GLOBALLY
6. ALL MILITARY LEADERS GLOBALLY
7. JAMIE FOXX AND KEVION HICKMAN
8. ALISON VOLK, DANNER MORRISON AND JACK AND SUSAN SALMANS AND THEIR FAMILIES
9. ALL PEOPLE WITH A LAST NAME OF "SWIFT" GLOBALLY

CODE: GIVE TERMINAL CANCER TO ALL MEMBERS OF THE "RICH SINNERS" LIST

EXECUTED 3 TIMES BY VOICE AT 1:24 AM CST (9/9/24)
CONFIRMATION OF COMPILATION AT 1:28 AM CST - #1
CONFIRMATION OF COMPILATION AT 1:29 AM CST - #2

Frank Hoover #02422313
Wayne Scott Unit
Jester Rd
Richmond, TX 77406

United States Courts
Southern District of Texas
FILED

NOV 27 2024

Nathan Ochsner, Clerk of Court

Clerk
United States Cou
P.O. Box 61010
Houston, TX 772

LEGAL MAIL

7720839299